IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL GAUCHE, : | |
|       Petitioner, : | |
| : | |
| v. : | Civ. No. 14-5181 |
| : | |
| MR. MAHALLY, et al., : | |
|       Respondents. : | |

## O R D E R

**AND NOW**, this 15th day of June, 2015, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of Magistrate Judge Caracappa, to which no objections have been made, it is hereby **ORDERED** that:

    1.    The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**.

    2.    The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED with prejudice**.

    3.    Because Petitioner has not made a substantial showing of the denial of a constitutional right, there are no grounds on which to issue a certificate of appealability.

    4.    The Clerk shall mark this case as **CLOSED**.

                                       **AND IT IS SO ORDERED.**

                                       */s/ Paul S. Diamond*

                                       Paul S. Diamond, J.